927 P.2d 447

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Mata | 17781 | 10/02/96 | Vacated, Reversed and Remanded |
| Gesswein v. Gesswein | 17104 | 10/02/96 | Affirmed |
| Benitez v. Travis | 16620 | 10/03/96 | Affirmed |
| State v. Tawney | 17308 | 10/07/96 | Affirmed |
| Aki v. County of Kaua'i | 17014 | 10/07/96 | Affirmed |
| State v. Smith | 18645 | 10/08/96 | Affirmed |
| State v. Simpson | 17412 | 10/09/96 | Affirmed |
| Ideta v. State | 17221 | 10/10/96 | Affirmed |
| Aveiro v. State | 17812 | 10/10/96 | Affirmed |
| State v. Bautista | 18526 | 10/11/96 | Reversed |
| State v. Hose | 18569 | 10/11/96 | Affirmed |
| State v. Arbaugh | 17644 | 10/14/96 | Affirmed |
| State v. Chapman | 18432 | 10/15/96 | Affirmed |
| State v. Gaoiran | 17119 | 10/17/96 | Reversed in part and Affirmed |
| State v. Runner | 16761 | 10/17/96 | Vacated |
| State v. Andrade | 17248 | 10/17/96 | Affirmed |
| Hagelgansz v. Broderick | 17052 | 10/22/96 | Vacated and Remanded |
| Robledo v. Broderick | 17851 | 10/24/96 | Affirmed |
| Jardine v. Broderick | 17850 | 10/24/96 | Affirmed |
| Kaimi v. Broderick | 17848 | 10/24/96 | Affirmed |
| State v. Tunoa | 18129 | 10/25/96 | Vacated, Remanded and Affirmed |
| Lester v. Rapp | 16387 | 10/25/96 | Dismissed |
| State v. Keahi | 18055 | 10/25/96 | Affirmed |
| Montero v. Administrative Director of Courts | 17814 | 10/29/96 | Affirmed |
| Louie v. Louie | 15882 | 10/30/96 | Affirmed |
| State v. McMeen | 17390 | 10/30/96 | Affirmed |
| State v. Moefu | 18487 | 10/31/96 | Affirmed |
| Miller v. Bell | 19595 | 10/31/96 | Affirmed |
| State v. Toguchi | 18416 | 10/31/96 | Affirmed |